UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODIS WILEY,<br><br>            Plaintiff,<br><br>    v.<br><br>BERRY PETROLEUM COMPANY, LLC, *et al.*,<br><br>            Defendants. | Case No. 1:24-cv-00553-CDB<br><br>ORDER ON STIPULATION STAYING ACTION AND DIRECTING SUBMITTAL OF DISPUTES TO ARBITRATION<br><br>(Doc. 6)<br><br>**30-Day Deadline** |

**Background**

On April 10, 2024, Plaintiff Theodis Wiley ("Plaintiff") initiated this action against Defendants Berry Petroleum Company, LLC, and CJ Berry Well Services Management, LLC (collectively, "Defendants"), with the filing of a complaint in the Superior Court of California, County of Kern. (Doc. 1-1). On May 10, 2024, Defendants removed the action to this Court. (Doc. 1).

Pending before the Court is the stipulated request of Plaintiff and Defendants for order staying the action and requiring submittal of the parties' dispute to arbitration. (Doc. 6). Having reviewed the pleadings and the parties' request, the Court finds good cause to grant the relief requested.

///

**Conclusion and Order**

In light of the parties' representations and good cause appearing, it is HEREBY ORDERED:

1. The claims of Plaintiff SHALL BE SUBMITTED to arbitration;
2. This action shall be stayed in its entirety pending the filing of a motion to confirm or vacate an arbitration award, or a notice of dismissal;
3. The parties SHALL FILE a joint notice informing the Court of the status of scheduling arbitration within 30 days of the date of this order;
4. The parties SHALL FILE a joint notice informing the Court of the status of arbitration every 120 days following the date of this order until arbitration is completed; and
5. Within 14 days of the completion of arbitration, the parties SHALL FILE a joint notice informing the Court that arbitration has been completed and describing the parties' intentions with respect to the disposition or continued litigation of this case.

IT IS SO ORDERED.

Dated:   **February 20, 2025**                    _____
                                                                              UNITED STATES MAGISTRATE JUDGE